

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Hugo A. Martinez and Dolores Ramirez, Individually and on Behalf of the Estate of Javier Garcia, Jr., Deceased, Javier Mayagoitia, Sr., Individually and as Independent Administrator of the Estate of Javier Mayagoitia, Jr., Deceased, Julieta Taylor, Osman Martinez and Jeanne Chavez, Individually and as Next Friend and Guardian of M. C., a Minor Child, | § § § § § | No. 08-19-00086-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Reeves County, Texas<br><br>(TC# 19-02-22824-CVR) |
| Appellants, | § | |
| v. | § | |
| David Boone, Individually, David Boone Oilfield Consulting, Inc. and Cameron International Corporation a/k/a Cameron Systems Corporation, | § § § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellants' third joint motion for extension of time within which to file the brief until **October 25, 2019**. NO FURTHER JOINT MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Kirk L. Pittard, the Hon. James F. Scherr, the Hon. Bill Weinacht and the Hon. Frederick Mandell, Appellants' attorneys, prepare the Appellants' brief and forward the same to this Court on or before October 25, 2019.

IT IS SO ORDERED this 19th day of September, 2019.

PER CURIAM